# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREYSTONE NEVADA, LLC, an Delaware limited liability company and U.S. HOME CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and DOE HOMEOWNER ASSOCIATIONS 1-100; and DOE HOMEOWNERS 101-5000, inclusive,<br><br>Defendants. | CASE NO.:   2:11-cv-1424-RCJ-CWH<br><br>consolidated with:<br><br>CASE NO.: 2:11-cv-1422-RCJ-CWH<br><br>**[PROPOSED] CONSOLIDATED JUDGMENT AGAINST DEFENDANTS' HOMEOWNER-MEMBERS LISTED IN EXHIBIT "A."** |

The Complaints having been filed in these consolidated actions by Plaintiffs Greystone Nevada, LLC and U.S. Home Corporation on September 2, 2011 (2:11-cv-1424-RCJ-CWH) and September 2, 2011 (2:11-cv-1422-RCJ-CWH);

Plaintiffs having filed motions to compel the Defendants' homeowner-members identified in Exhibit "A" hereto (hereafter "the Homeowners") to arbitrate the Homeowners' "yellow brass" plumbing claims arising out of their respective residential properties identified in Exhibit "A" (hereafter "the Properties") pursuant to the terms of the arbitration agreements contained within the purchase and sale agreements entered between Plaintiffs and the Homeowners related to their respective Properties, exemplars of which are attached to the Affidavit of Heather R. Thompson as Exhibits "A," "B," and "C," which was submitted as Exhibit "2," to Plaintiffs' Motion to Compel Arbitration in Case No. 2:11-cv-1424-RCJ-CWH (docket no. 7), and to the Affidavit of Heather R. Thompson as Exhibits "A" and "B," which was submitted as Exhibit "2" to Plaintiffs' Motion to Compel Arbitration filed in Case No. 2:11-cv-1422-RCJ-CWH (docket no. 10) (hereafter "the Arbitration Agreements");

The Court, the Honorable Robert C. Jones presiding, having heard oral argument on

February 6, 2012, and having considered the evidence, testimony, exhibits and briefs presented by the parties, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in accordance with the Court's February 24, 2012 Order, judgment is hereby entered in these consolidated actions against the Homeowners compelling them to arbitrate any and all claims they have related to alleged "yellow brass" plumbing components and systems within their respective Properties, including any and all claims related to the January 27, 2011, and June 30, 2011, NRS 40.600, *et seq.* Notices of Defects forwarded to Plaintiffs by Defendants on behalf of the Homeowners. The arbitrations must proceed pursuant to the terms of the Arbitration Agreements.

This Court shall retain jurisdiction in these actions over the homeowners listed in Exhibit "A" for the purposes set forth within sections 9 through 16 of the Federal Arbitration Act (9 USC §9, *et seq*).

IT IS SO ORDERED AND ADJUDGED.

DATED: March 14, 2012

_____
HON. ROBERT C. JONES

Submitted by:

By: /s/ Sarah J. Odia
Gregory H. King, NV Bar No. 7777
ghk@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjb@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 382-3574

Attorneys for Plaintiffs
GREYSTONE NEVADA, LLC and
U.S. HOME CORPORATION

4818-3626-5742.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, I served a true and correct copy of the above and foregoing, **[PROPOSED] CONSOLIDATED JUDGMENT AGAINST DEFENDANTS' HOMEOWNER-MEMBERS LISTED IN EXHIBIT "A."** was made this date by electronic transmission through the court's CM/ECF program.

/s/ Nancy Babas
Nancy Babas
An Employee of PAYNE & FEARS LLP

4823-6485-8122.1

EXHIBIT A
TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC,et al. v. ANTHEM HIGHLANDS COMMUNITY
ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK
HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

|  | Homeowner | Address |
|---|---|---|
|  | **GLENGARY (U.S. HOME CORP.)** | |
| 1. | HODGES SARAH & STEVE | 2709 ARDCHONNEL |
| 2. | ARMENIA MAURICE G | 2712 ARDCHONNEL |
| 3. | HARTMAN JEFFERY & MAGDA L | 2713 ARDCHONNEL |
| 4. | NINO MARISSA | 2716 ARDCHONNEL |
| 5. | JOHLFS CHRISTOPHER A & MARY G | 2717 ARDCHONNEL |
| 6. | LAMBERT HEATHER & NATHAN | 2720 ARDCHONNEL |
| 7. | BOSTIC BRIAN C | 2721 ARDCHONNEL |
| 8. | CLEMENTS CHRISTOPHER M | 2725 ARDCHONNEL |
| 9. | KEHRING KARA L & BRUCE G | 2729 ARDCHONNEL |
| 10. | HILL RITA R | 2850 CULLODEN |
| 11. | TAHVILI FORONA | 2898 CULLODEN |
| 12. | LAVIGNE BECKY & JOHN | 2741 DRUMLANRIG |
| 13. | LOPEZ JOHNNY A & EUGENIE V | 2749 DRUMLANRIG |
| 14. | ALLAIRE RAISSA<br>JOSE PERFECTO O JR & FREIDA A | 2757 DRUMLANRIG |
| 15. | FEINBERG JASON B | 2760 DRUMLANRIG |
| 16. | PUPO CATHERINE & MICHAEL | 2761 DRUMLANRIG |
| 17. | NAVARRO DANIEL | 2766 DRUMLANRIG |
| 18. | SCARPELLI ANTHONY M | 2836 DUNNOTTAR |
| 19. | MIMRAN ALBERT & ZIPI<br>SHERLOCK JASON & ERICA | 2840 DUNNOTTAR |
| 20. | ECLEVIA LARRY M & MA VICTORIA C | 2871 DUNNOTTAR |
| 21. | PANARO LAWRENCE F JR & LISA M | 2811 KINKNOCKIE |
| 22. | RENDE FRANK JOSEPH & ANTONIA B | 2827 KINKNOCKIE |
| 23. | AZAR RAIED | 2831 KINKNOCKIE |
| 24. | COLOMA NICOLE E | 2832 KINKNOCKIE |
| 25. | HILL MICHAEL D & DEBBIE L | 2833 KINKNOCKIE |

EXHIBIT A
TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY
ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK
HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| #   | Name | Address |
|-----|------|---------|
| 26. | DIEC DAVID | 2839 KINKNOCKIE |
| 27. | HANHAN NADER & ELIAS | 2841 KINKNOCKIE |
| 28. | VERED TAMAR | 2844 KINKNOCKIE |
| 29. | MCGERTY BENJAMIN<br>PARENTEAU SHAWN MARIE | 2846 KINKNOCKIE |
| 30. | ATKINSON MARC W & ANDREA E | 2847 KINKNOCKIE |
| 31. | DAVIS STEPHANIE L & EDWARD W | 2848 KINKNOCKIE |
| 32. | ABREGO ILDA M | 2850 KINKNOCKIE |
| 33. | BENSON PATRICIA M<br>SPROLE ELEN MICHELE | 2852 KINKNOCKIE |
| 34. | MYER JENNIFER A | 2854 KINKNOCKIE |
| 35. | AVIJEH CYRUS & SHANAZ | 2860 KINKNOCKIE |
| 36. | VIZCARRA LOURDES S | 2861 KINKNOCKIE |
| 37. | ANTAL RICHARD K & NORMA A | 2862 KINKNOCKIE |
| 38. | NGUYEN STEVIS | 2863 KINKNOCKIE |
| 39. | ROEBUCK SEAN & KARINA | 2865 KINKNOCKIE |
| 40. | CALLAHAN SHAWN | 2866 KINKNOCKIE |
| 41. | BERKHOFF JOHN | 2867 KINKNOCKIE |
| 42. | SMILEY THOMAS E | 2868 KINKNOCKIE |
| 43. | LAMBERTH GABRIEL & CAROLYN | 2869 KINKNOCKIE |
| 44. | FERGUSON NICHOLAS W | 2870 KINKNOCKIE |
| 45. | MERCADO PATRICK V<br>NAUGHTON RUSSELLA | 2871 KINKNOCKIE |
| 46. | EKERT LACY | 2872 KINKNOCKIE |
| 47. | PASCARIS DONNA | 2873 KINKNOCKIE |
| 48. | COY HUGO OROZCO SANTOS<br>CHAVEZ IRIS C VAZQUEZ | 2875 KINKNOCKIE |
| 49. | DOUGLASS BRYAN L | 2877 KINKNOCKIE |
| 50. | SUSICH JOHN & JACQUELYN | 2881 KINKNOCKIE |

EXHIBIT A
TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC,et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| # | Name | Address |
|---|---|---|
| 51. | CAO EN LONG / NG WAI SZE | 2820 TROSSACHS |
| 52. | HOLMES JEFFREY P & DALLAS R | 2821 TROSSACHS |
| 53. | DERVISHIAN J BRANDON | 2825 TROSSACHS |
| 54. | WOODRUM JOSHUA J & DANIELLE | 2828 TROSSACHS |
| 55. | LAWS ALLAN G & EMILY E | 2829 TROSSACHS |
| 56. | HAHN CHILMO & VIRGINIA E | 2836 TROSSACHS |
| 57. | GUTIERREZ HENRY F | 2840 TROSSACHS |
| 58. | KING JASON & NATALIE | 2844 TROSSACHS |
| 59. | VERMA SUNIL Z & EVA | 2848 TROSSACHS |
| 60. | TAM JOHN & WENDY | 2852 TROSSACHS |
| 61. | VAZQUEZ JAIME | 2857 TROSSACHS |
| 62. | SULISTIO ROSITA C & THOMAS B | 2860 TROSSACHS |
| 63. | WILLIAMS MICHAEL L | 2861 TROSSACHS |
| 64. | SCHOCK KENT M | 2864 TROSSACHS |
| 65. | LLADO CAMENCITA & FRANCIS E | 2868 TROSSACHS |
| 66. | FRIAS DESIREE | 2872 TROSSACHS |
| **CLERMONT (GREYSTONE NEVADA, LLC)** | | |
| 67. | HERNANDEZ, ALEX H & ESTHERLITA | 2701 AUCHMULL |
| 68. | KRAUSS, JEFF | 2705 AUCHMULL |
| 69. D | DAWSON, MARGARET E. | 2709 AUCHMULL |
| 70. | SOLOMON, JONATHAN / REYES, JACQUELINE | 2713 AUCHMULL |
| 71. | MALONEY, JULI M. & BRYAN E. | 2733 AUCHMULL |
| 72. | JIMENEZ, JOSE D & DONNA M. | 2741 AUCHMULL |
| 73. | TUBON, LAURA I. & VIRGILIO C. | 2742 AUCHMULL |
| 74. | FORD, KATHERINE | 2745 AUCHMULL |
| 75. | QUINTIN, ALEX N. & VIRGINIA M. | 2746 AUCHMULL |
| 76. | GUPTA, VIKAS S. & RUCHI | 2749 AUCHMULL |

# EXHIBIT A
## TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| # | Name | Address |
|---|------|---------|
| 77. | ZANIEWSKI, MATTHEW S. & ADRIANE L. | 2756 AUCHMULL |
| 78. | DELROSARIO, RAMIL S. | 2757 AUCHMULL |
| 79. | TIBERI FAMILY TRUST<br>TIBERI FELICE & MARCIA G. TRS | 2770 AUCHMULL |
| 80. | RWD LIVING TRUST<br>DORN, RUSSELL JR TRS | 2773 AUCHMULL |
| 81. | SHEN, JAY JIE | 2781 AUCHMULL |
| 82. | NGUYEN ANTHONY & TIFFANY | 2785 AUCHMULL |
| 83. | MCKELEY, THOMAS T. | 2792 AUCHMULL |
| 84. | OPERARIO, ARVIN G & JOAN M. | 2793 AUCHMULL |
| 85. | LOVELAND, ROSEMARY & LEWIS | 2797 AUCHMULL |
| 86. | URE, AARON | 2809 AUCHMULL |
| 87. | GORDON, RICHARD C. & TAMI L. | 2712 BLAIRGOWRIE |
| 88. | CERVANTES, WILLIAM | 2716 BLAIRGOWRIE |
| 89. | ROSENBERG, JASON & HARRY<br>COFFMAN, RENEE R. | 2720 BLAIRGOWRIE |
| 90. | STARKEY, ERIC M. & NIKOLE E. | 2721 BLAIRGOWRIE |
| 91. | SANCHEZ, JOSE<br>RUDD, BETHANY M. | 2725 BLAIRGOWRIE |
| 92. | COX, TIMOTHY M. | 2729 BLAIRGOWRIE |
| 93. | STEWART LIVING TRUST<br>STEWART, SEAN M. & BERNETTA A TRS | 2732 BLAIRGOWRIE |
| 94. | BELLINA, DANIEL & ELIZABETH | 2733 BLAIRGOWRIE |
| 95. | PERSELL, DAVID & VICKIE | 2736 BLAIRGOWRIE |
| 96. | LACAO, ARNEL J. & JOSELYN F. | 2737 BLAIRGOWRIE |
| 97. | LACSAMANA, ROMMEL O. & CATHERINE | 2740 BLAIRGOWRIE |
| 98. | CABUHAT NEIL H. & CATHERINE F. | 2741 BLAIRGOWRIE |
| 99. | HARBIN, DEBORAH A. | 2744 BLAIRGOWRIE |
| 100. | MEAGHER, THOMAS F. & MARLENE M. | 2745 BLAIRGOWRIE |

EXHIBIT A
TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY
ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK
HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| 101. | KAPUSHY, MICHAEL & SILVIA | 2748 BLAIRGOWRIE |
|---|---|---|
| 102. | DAYCO, NIBERONOFER & EVANGENLINE | 2749 BLAIRGOWRIE |
| 103. | COLASUONNO, ROBERT J. & MELODY | 2752 BLAIRGOWRIE |
| 104. | WEEKS, GLORY | 2756 BLAIRGOWRIE |
| 105. | DAVENPORT, DANIEL R. | 2757 BLAIRGOWRIE |
| 106. | LEARY, THOMAS J. & MARA L. | 2760 BLAIRGOWRIE |
| 107. | MO, DORIS L. | 2725 CRAIGMILLAR |
| 108. | BLUM FAMILY TRUST<br>BLUM, GEOFFREY & KORY L. TRS | 2729 CRAIGMILLAR |
| 109. | DAWA, SALVADOR Q. & EDNA R. | 2730 CRAIGMILLAR |
| 110. | ROBLES, SHAWN G. | 2734 CRAIGMILLAR |
| 111. | REICHERT, SCOTT & MINDY M. TRS | 2737 CRIAGMILLAR |
| 112. | JONES, JOY M. | 2745 CRAIGMILLAR |
| 113. | BARTLEY, ELEANOR | 2754 CRAIGMILLAR |
| 114. | LU, LEI<br>XIAO, RUI | 2761 CRAIGMILLAR |
| 115. | MAURACHER, JOLI A. | 2764 CRAIGMILLAR |
| 116. | CRONIN, JASON D. | 2765 CRAIGMILLAR |
| 117. | BRIGOLA, ELMER A. & VILMA P. | 2769 CRAIGMILLAR |
| 118. | HYNDMAN, MARK & CAROLINA | 2772 CRIAGMILLAR |
| 119. | FONNESBECK, TRAVIS R. & ERIN | 2773 CRAIGMILLAR |
| | | |
| 121. | ROMANO, LYNN & RICHARD JR. | 2777 CRAIGMILLAR |
| 122. | SAPLALA, SHIRLEY & EDUARDO | 2732 DUNDONALD CT. |
| 123. | CLAVECILLA, PIO & MARY | 2733 DUNDONALD, CT. |
| 124. | LIM, JENNIFER C.<br>LEE, WILLIAM | 2728 LAWRENCEKIRK CT. |
| 125. | O'BRIEN, MICHAELE | 2731 LAWRENCEKIRK CT. |
| 126. | CERCONE, THOMAS & SANDRA R. | 2732 LAWRENCEKIRK CT. |

# EXHIBIT A
## TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| | | |
|---|---|---|
| 127. | CHUA, EUGENE | 2735 LAWRENCEKIRK CT. |
| 128. | HEMINGWAY, RYAN D. & KARALEE L. | 2736 LAWRENCEKIRK CT. |
| 129. | SOUZA, JEANINE N. | 2739 LAWRENCEKIRK CT. |
| 130. | LAUDENSLAGER, DONNAVON P. & KAREN LAUDENSLAGER-ALLEN SHERRI | 2748 LAWRENCEKIRK CT. |
| 131. | SAVKO, SARAH A. | 2731 NEIDPATH CT. |
| 132. | DORSON, ELANA<br>GIORDANO, MICHAEL | 2732 NEIDPATH CT. |
| 133. | STOKER, ERIC N. & LISA A. | 2735 NEIDPATH CT. |
| 134. | FORSTER, MATTHEW A. & LINDSEY A. | 2736 NEIDPATH CT. |
| | **EARLSTONE (U.S. HOME CORP.)** | |
| 135. | PERRY, STEVEN & GIORGINA | 2768 CULLODEN |
| 136. | RISKE FAMILY TRUST<br>RISKE, DAVID & MELISSA TRS | 2771 CULLODEN |
| 137. | DILLON, TIMOTHY JAMES | 2780 CULLODEN |
| 138. | PADILLA, RODOLFO P & ANGELA G. | 2783 CULLODEN |
| 139. | JUNG, JIN & HEE | 2787 CULLODEN |
| 140. | WHITE, WILLIAM<br>LITTLE, DEBRAE K. | 2788 CULLODEN |
| 141. | QUIROS, EDWARD & CORAZON | 2795 CULLODEN |
| 142. | LEUNG, VIVIENNE | 2785 CULZEAN |
| 143. | STANSBURY, MICHAEL & SUSAN L. | 2789 CULZEAN |
| 144. | EBERWEIN, KEVIN | 2790 CULZEAN |
| 145. | TOWERS FAMILY REVOKABLE LIV TRUST<br>TOWERS, JOSHUA E. KENDALL S. TRS | 2704 KILDRUMMIE |
| 146. | BAYNES, BARBARA B. & JOHN M. JR. | 2705 KILDRUMMIE |
| 147. | NAGEL, TIFFANY | 2717 KILDRUMMIE |
| 148. | PAUL BIJU<br>AUGUSTINE SIMI PALEIL | 2728 KILDRUMMIE |

# EXHIBIT A
## TO CONSOLIDATED JUDGMENT
### GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| | | |
|---|---|---|
| 149. | DIAZ, MITCHELL & LORENA | 2729 KILDRUMMIE |
| 150. | CAPISTRANO, EPIFANIA & MARISA U. | 2737 KILDRUMMIE |
| 151. | ROTH, ROBIN | 2745 KILDRUMMIE |
| 152. | MARTINEZ FAMILY LIVING REV TRUST | 2752 KILDRUMMIE |
| 153. | HOWARD, JOSEPH A. & BONNIE | 2757 KILDRUMMIE |
| 154. | HOANG LIEN<br>HUYNH HINH | 2717 KINGCLAVEN |
| 155. | WABER, RAYMOND S. | 2792 MINGARY |
| 156. | HARI OM PARTNERS, L.P. | 2793 MINGARY |
| 157. | ANDERSON JEFFREY & HEIDI FAMILY TRUST<br>ANDERSON, JEFFREY W. & HEIDI L. TRS | 2797 MINGARY |
| 158. | BELL, ERNEST & WANDA J. | 2716 TARBERT |
| 159. | ABBUNDI, RAYMOND & KAREN F. | 2732 TARBERT |
| | **FIESTA PARK (GREYSTONE NEVADA, LLC)** | |
| 160. | VALDENEGRO, ELIZABETH | 634 EMBER ROCK AVE. |
| 161. | WEBB, JAMES<br>SHEPARD, LAURA | 635 EMBER ROCK AVE. |
| 162. | MELTON, BRADFORD J.<br>SMITH, BLAIR M. | 638 EMBER ROCK AVE. |
| 163. | TERRELL, DYLAN & KATHERYN | 642 EMBER ROCK AVE. |
| 164. | DISBROW, MELISSA | 646 EMBER ROCK AVE. |
| 165. | JARQUIN, GUSTAVO | 650 EMBER ROCK AVE. |
| 166. | CARRENO, ABEL & NORMA | 658 EMBER ROCK AVE. |
| 167. | SLOAN, BRIAN K.<br>GUITERREZ-MARISCAL, IRMA | 662 EMBER ROCK AVE. |
| 168. | MARTIN, JUSTIN | 666 EMBER ROCK AVE. |
| 169. | PARK, DAVID | 670 EMBER ROCK AVE. |
| 170. | HOCKER, DANIEL C.<br>BUCKLEY, BEVERLY A. | 674 EMBER ROCK AVE. |

# EXHIBIT A
## TO CONSOLIDATED JUDGMENT
### GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| | | |
|---|---|---|
| 171. | DUDAS, DARRYL J. & SHAWNA R. | 678 EMBER ROCK AVE. |
| 172. | MUSCARI, TONY L. & JENNIE M. | 682 EMBER ROCK AVE. |
| 173. | MIRAVITE, NATHALIE S. & IRWIN L.<br>SANTOS, MAXIM L. & CATHERINE R. | 686 EMBER ROCK AVE. |
| 174. | NESMITH, JOSEPH G. & MARIE E. | 690 EMBER ROCK AVE. |
| 175. | BENDA, WILLIAM | 694 EMBER ROCK AVE. |
| 176. | TODD, ERIC<br>TODD, STEVEN J. & LINDA M. | 624 FINCH ISLAND AVE. |
| 177. | MCCORKLE, MATTHEW C.<br>MCCORKLE, PHILIP H, JR & GAYLE C. | 628 FINCH ISLAND AVE. |
| 178. | BENYAMEEN, CHARLIE & SARAH | 632 FINCH ISLAND AVE. |
| 179. | BURRIS, THOMAS & CYNTHIA | 633 FINCH ISLAND AVE. |
| 180. | MILFORD, ISAIA & EMELE | 636 FINCH ISLAND AVE. |
| 181. | MOORE, MELINDA | 637 FINCH ISLAND AVE. |
| 182. | MARIANI, SHARON & FRANK | 640 FINCH ISLAND AVE. |
| 183. | BUSH, GINA | 641 FINCH ISLAND AVE. |
| 184. | CORBAN, BRIAN | 644 FINCH ISLAND AVE. |
| 185. | GRUVER, THOMAS & MELISSA | 645 FINCH ISLAND AVE. |
| 186. | HALAL, DOROTHY & LUIS | 648 FINCH ISLAND AVE. |
| 187. | MOORE, MITCHELL & KRISTIE LEE | 649 FINCH ISLAND AVE. |
| 188. | GUZMAN, NATHAN | 652 FINCH ISLAND AVE. |
| 189. | DAVIS, TIMOTHY & COLLEEN | 653 FINCH ISLAND AVE. |
| 190. | BUNKER, BENJAMIN LLOYD & SHELLY | 656 FINCH ISLAND AVE. |
| 191. | DECK, JEFF & LAUREN | 657 FINCH ISLAND AVE. |
| 192. | SHAW, TIMOTHY<br>MIHELIC, JANELL M. | 660 FINCH ISLAND AVE. |
| 193. | LANG, STEWART A. & CINDY A. | 661 FINCH ISLAND AVE. |
| 194. | NEVAREZ, CRUZ & SANDRA | 664 FINCH ISLAND AVE. |
| 195. | LAURENTE, GLORY | 665 FINCH ISLAND AVE. |

# EXHIBIT A
# TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC,et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| 196. | AMAZAKI, ALLEN K. & CHUDY JUNE T. | 668 FINCH ISLAND AVE. |
|---|---|---|
| 197. | HAROLD, STEPHEN<br>JOHNSON, ANGELA | 673 FINCH ISLAND AVE. |
| 198. | SQUIBB, GARY & SILVIA | 676 FINCH ISLAND AVE. |
| 199. | PERALTA, ABRAHAM V. & ROGER R.<br>PERALTA, ELIZA V. | 677 FINCH ISLAND AVE. |
| 200. | CHANTORNSAENG, SIRINAN LIVING TR<br>CHANTORNSAENG, SIRINAN, TRS | 680 FINCH ISLAND AVE. |
| 201. | DALY, GERTRUDE | 684 FINCH ISLAND AVE. |
| 202. | ROMNEY, JAN & STEPHANIE | 685 FINCH ISLAND AVE. |
| 203. | CORKISH, ROBERT & MERLE | 688 FINCH ISLAND AVE. |
| 204. | CAMP, BRUCE ERIC | 689 FINCH ISLAND AVE. |
| 205. | MANN, PHILLIP<br>PARSELS, YVONNE M. | 692 FINCH ISLAND AVE. |
| 206. | ISAGA, FELICIDAD A. | 693 FINCH ISLAND AVE. |
| 207. | FLORES, CONCHITA | 696 FINCH ISLAND AVE. |
| 208. | SMITH, MARLENE | 697 FINCH ISLAND AVE. |
| 209. | SIGUENZA, JOSE O. | 700 FINCH ISLAND AVE. |
| 210. | HOPERICH, NANCY & LYDIA | 708 FINCH ISLAND AVE. |
| 211. | ANTONECCHIA, JOSEPH | 244 GARNET GARDEN ST. |
| 212. | ATKINS, MELISSA<br>CHUMPITAZ, ANTHONY | 245 GARNET GARDEN ST. |
| 213. | MCMULLIN, WILLIAM & NICHOLE | 248 GARNET GARDEN ST. |
| 214. | LUCAS, EDUARDO & THELMA | 249 GARNET GARDEN ST. |
| 215. | ALCABASA, JOSIE & REYNALDO H. | 252 GARNET GARDEN ST. |
| 216. | PANZARELLA, SHELLY & RICHARD | 256 GARNET GARDEN ST. |
| 217. | DISABATO, JAMES & STEPHANIE | 264 GARNET GARDEN ST. |
| 218. | PLEMER, JARRETT & CHERRYLN | 265 GARNET GARDEN ST. |
| 219. | GILBREATH, ROBERT | 268 GARNET GARDEN ST. |

# EXHIBIT A
# TO CONSOLIDATED JUDGMENT
GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)

| #    | Name | Address |
|------|------|---------|
| 220. | ZOOK FAMILY REVOCABLE LIVING TR ZOOK, DOUGLAS R. & VIVIAN E. TRS | 269 GARNET GARDEN ST. |
| 221. | RACOMA, EDITH A. & NEMESIO R. | 272 GARNET GARDEN ST. |
| 222. | JOHNSON, KETURAH | 273 GARNET GARDEN ST. |
| 223. | BONNER, LORI & BERNARD | 288 GARNET GARDEN ST. |
| 224. | FARRELL, SHARON & GARY | 289 GARNET GARDEN ST. |
| 225. | MOORE, DONN & DEBRA | 292 GARNET GARDEN ST. |
| 226. | ESPARZA, JOEL & CONNIE | 293 GARNET GARDEN ST. |
| 227. | WILLINGHAM, TIMOTHY | 297 GARNET GARDEN ST. |
| 228. | THOMPSON, KEVIN | 637 INDIAN CORN AVE. |
| 229. | CORNISH, MARK & CHERALAINE | 645 INDIAN CORN AVE. |
| 230. | THAYER, JOHN & JACKILYN | 653 INDIAN CORN AVE. |
| 231. | AKERMAN, FRANCIS D. | 657 INDIAN CORN AVE. |
| 232. | CECI, WALTER V. & KAREN R. | 661 INDIAN CORN AVE. |
| 233. | SENOJA, ALBERTO & JANET | 241 JESSICA GROVE ST. |
| 234. | FORD, ERIN & CATHERINE KORTE | 244 JESSICA GROVE ST. |
| 235. | JAVATE, JEROME & MARIA | 245 JESSICA GROVE ST. |
| 236. | QUINN, JAMES & KRISTIN | 248 JESSICA GROVE ST. |
| 237. | VILLOSILLO, AVELINA | 249 JESSICA GROVE ST. |
| 238. | GANT, ERIC | 252 JESSICA GROVE ST. |
| 239. | DAROY-LOPEZ, RACHELLE | 253 JESSICA GROVE ST. |
| 240. | LEE, ARUM | 256 JESSICA GROVE ST. |
| 241. | HERNANDEZ, MANUEL A. & JULIANNA | 257 JESSICA GROVE ST. |
| 242. | DECORSE, SAMUEL & SILVIA | 260 JESSICA GROVE ST. |
| 243. | LUCAS, CHARLENE & SAMUEL C., JR. | 261 JESSICA GROVE ST. |
| 244. | BILL, RONALD & DEEANN | 265 JESSICA GROVE ST. |
| 245. | AVILES, JIMMY | 277 JESSICA GROVE ST. |
| 246. | MEDINA, SERGIO & MARIA | 292 JESSICA GROVE ST. |
| 247. | MARTINEZ, JOE D. & TERESA L. | 296 JESSICA GROVE ST. |

**EXHIBIT A**
**TO CONSOLIDATED JUDGMENT**
**GREYSTONE NEVADA, LLC, et al. v. ANTHEM HIGHLANDS COMMUNITY ASSOCIATION (2:11-cv-1422) & GREYSTONE NEVADA, LLC. v. FIESTA PARK HOMEOWNERS' ASSOCIATION (2:11-cv-1424)**

| | | |
|---|---|---|
| 248. | DOSTER, DANNY | 297 JESSICA GROVE ST. |
| 249. | CUDA, JEFFREY & VICTORIA M. | 245 PASTEL CLOUD ST. |
| 250. | PERALTA, DOMITILO | 253 PASTEL CLOUD ST. |
| 251. | MCLAUGHLIN, JEFFREY A. WHITE CLOUD NEVADA, LLC | 256 PASTEL CLOUD ST. |
| 252. | SAPLALA, EDUARDO & SHIRLEY | 265 PASTEL CLOUD ST. |
| 253. | GUMMERSON, MARK & GEORGE TRS | 273 PASTEL CLOUD ST. |
| 254. | SCHNEIDEWENT, JAMES A. | 277 PASTEL CLOUD ST. |
| 255. | JAVATE, JEROME & MARIA | 284 PASTEL CLOUD ST. |
| 256. | ANDERSON, CLINT & PATRICIA | 289 PASTEL CLOUD ST. |
| 257. | SINCLAIR, JAMES & MAUREEN | 293 PASTEL CLOUD ST. |
| 258. | ULLOA, JUAN & LAURA | 296 PASTEL CLOUD ST. |
| 259. | GILMORE, TIFFANI | 224 QUAIL RANCH DR. |
| 260. | WERSHBA, JOANNE & STEPHEN | 228 QUAIL RANCH DR. |
| 261. | ROSCOE, BRIAN | 232 QUAIL RANCH DR. |
| 262. | JONES, HAZEL | 236 QUAIL RANCH DR. |
| 263. | SHUE, NORMAN & SYLVIA | 240 QUAIL RANCH DR. |
| 264. | MCCLAIN, JR., THOMAS | 244 QUAIL RANCH DR. |
| 265. | STEMMER, JOHN & MARIANNE | 248 QUAIL RANCH DR. |
| 266. | LANCASTER, COURTNEY | 249 QUAIL RANCH DR. |
| 267. | MOLUS, MICHAEL & CAROL | 252 QUAIL RANCH DR. |
| 268. | HINOJOSA, JESSE & MARY J. | 256 QUAIL RANCH DR. |
| 269. | PABST, JR., LARRY J. | 257 QUAIL RANCH DR. |
| 270. | CRUZ, EDUARDO & MACATINGA, CHASTINE | 260 QUAIL RANCH DR. |
| 271. | RUSSO, TIMOTHY J. & ANNE MARIE | 268 QUAIL RANCH DR. |

4825-9294-4398.1